

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Cristina Rivas, Appellant

No. 06-20-00058-CV        v.

Estech Systems, Inc., Appellee

Appeal from the 366th District Court of Collin County, Texas (Tr. Ct. No. 366-02406-2016). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we affirm the trial court's summary judgment as to Rivas's claims for retaliation by constructive discharge, intrusion on seclusion, and intentional infliction of emotional distress; reverse the trial court's summary judgment related to her sexual harassment claim; and remand the cause to the trial court for further proceedings consistent with this opinion.

We further order that the appellee, Estech Systems, Inc., pay all costs of this appeal.

RENDERED JUNE 3, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk